UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

    Plaintiff,

v.

JOHN GEORGE ROBERTS, et al.,

    Defendant.

Case No. C22-1385-BJR-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's IFP application, Dkt. 1, is DENIED and this action is DISMISSED without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B).

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 14th day of December, 2022 .

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge

ORDER - 1